**FILED**
**U.S. District Court**
**District of Kansas**
04/22/2026
**Clerk, U.S. District Court**
**By:__JAL__Deputy Clerk**

United States District Court
District of Kansas

Bradley Gillespie,
    Plaintiff,

Vs.           Case No. 25-3265-JWL

Darcie Holthaus, et al.,
    Defendants.

## Motion To Admit Evidence

Comes Now, Bradley Gillespie, and files this motion admitting new evidence of mail censorship and obstruction to support his Constitutional claim that EDCF/KDOC is unconstitutionally withholding and censoring his mail for no penelogical reason and contrary to their own mail rules. In Support Mr. Gillespie states:

1. In Gillespie v. Zmuda, 26-1073-JWL (D. Kan. April 16, 2026); Motion To Admit Evidence (Doc. 21); the EDCF/KDOC has withheld Court filings by their attorney unconstitutionally.

2. More Recently, (see attachments), the EDCF mailroom under Kyli Sparks has Refused

(1)

to send out Bradley Gillespie's mail citing a rule that clearly does not permit such an action is not being complied with as written. Therefore, it is just another showing and proof to this Court that EDCF mailroom is unconstitutionally denying Bradley Gillespie his 1st and 14th Amendment rights under the U.S. Constitution to communicate with the outside based upon unwritten, made-up, rules that continue to infringe on Mr. Gillespie's constitutional rights.

3. EDCF is unconstitutionally:
   a) withholding the plaintiff's mail
   b) refusing to send out his mail
   c) retaliating against his for exercising his constitutional rights to his § 1983 claims.
   d) using non-existing rules to violate his 1st and 14th Amendment rights
   e) violating plaintiff's rights in order harass, frustrate, and/or punish him for his filing of his § 1983 claims.
   f) these are actionable and violate the U.S. Constitution. see Smith v. Maschner, 899 F.2d 940, 947 (10th Cir. 1990).

(2)

WHEREFORE, Bradley Gillespie, respectfully request this Honorable Court to admit this evidence and grant any other relief that is fair and just.

Respectfully submitted,

Bradley Gillespie
Bradley Gillespie # 2000086107
EDCF P.O. Box 311
El Dorado, KS 67439
Plaintiff, Pro Se

4-22-2026
Date

## Verification

I, Bradley Gillespie, swear under the penalty of perjury that the following Motion is true and correct to the best of my knowledge.

Bradley Gillespie                        4-22-2026
Bradley Gillespie                            Date

(3)