y to remedy the abuse
ed as legal, official, or privileged mail shall
presence. This mail shall be inspected for
id or censored, unless authorized by the
d previous abuse of the right or other good

ail shall be indefinitely forwarded to the
f any mail is returned to a facility as
imate's last known address, the mail shall
i a notice that the mail was forwarded
ed to the sender for further disposition.
edures.

ther than legal, official, or privileged mail,
is reasonable belief in any of the following:
al safety, order, or security.
nd security of public officials or the general

erance of illegal activities.
between offenders, including any former
odial status, that has not been authorized
respondence between offenders may be

licit material, as defined and proscribed by

from an inmate is censored, all of the
et:
written notice of the censorship and the
disclosing the censored material.
the name and address of the sender of
dressee of outgoing mail and the date the
il room. Notice of the censorship
ll be provided to the sender, if known,
hin three business days of the decision t

e censored correspondence shall have 1
he notice of censorship to protest the

ed to the secretary of corrections or th
w and disposition.
on of having censored correspondence
either mailed out at the expense of th

other offenders.
of the Kansas department of correction
son who is in the custody of or under th
il, county, community corrections, o

28

---

municipal law enforcement agency or with any former inmate regardless of current custodial status, unless either of the following conditions is met:

(1) The proposed correspondents are members of the same immediate family or are parties in the same legal action, or one of the persons is a party and the other person is a witness in the same legal action.

(2) Permission for correspondence is granted due to exceptional circumstances. Verification and approval of offender correspondence shall be conducted pursuant to the internal policies and procedures of the department of corrections.

(f) Writing supplies and postage.

(1) Stationery and stamps shall be available for purchase from the inmate canteen.

(2) Indigent inmates, as defined by the internal management policies and procedures of the department of corrections, shall receive reasonable amounts of free writing paper, envelopes, and postage for first-class domestic mail weighing one ounce or less, not to exceed four letters per month.

(3) All postage for legal and official mail shall be paid by the inmate, unless the inmate is indigent, as defined by the internal management policies and procedures of the department of corrections. The cost of postage for legal or official mail paid by the facility on behalf of an indigent inmate shall be deducted from the inmate's funds, if available. Credit for postage for legal and official mail shall be extended to indigent inmates under the terms and conditions of the internal management policies and procedures of the department of corrections. Outgoing legal or official mail sent with postage provided on credit shall be subject to inspection and a cursory reading in the presence of the inmate for the purpose of ascertaining that the mail is indeed legal or official mail, and the inmate shall then be permitted to seal the envelope containing the mail.

(4) The facility shall not pay postage for inmate groups or organizations.

tted by
ient of
chased
s, and
cepted.
:luding
irt of a

hall be

hall be

313, or

---

*Handwritten notes:*

Regular postage you must use a stamp Anvr used for legal & Certified and Censor. If stamps can be purchased they should be.

KAR 44-12-601

unless you are indigent and/or its legal mail you will need to use stamps

Read highlighted Areas

---

✗ Note using Anvr is (being paid by facility & later deduct taken out of your account) that's only for legal postage credit and legal official mail

All other postage must be paid by the inmate directly using stamps that are available at Canteen.

when it comes to packages AVR's have to be used
because they have to go through neoship not Regular
Postage  tcsparks
            4/20/26

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| | | | | |
|---|---|---|---|---|
| Bradley Gillespie | 200008607 | EDCF | D2-247 | 4-17-26 |
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: __Mailroom__
Name

$ _____
Check Amount

_____
Address

_____
City, State, Zip

_____
Purpose/Inmate Benefit Fund Group

---

Title of Publication*
Frequency – (Circle One)

Yearly  Monthly  Weekly  Daily  Other

Number of Issues _____

Expiration Date _____

Publication Price _____

*Book, Magazine or News Paper
(Per IMPP 11-101)

---

I request the use of Forced Savings as provided in IMPP 04-103, for:

(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

**(To Be Completed by Mailroom)**

$ _____
Postage Amount

_____
Verified By

**Postage** – (To Be Completed by Inmate)

☒ Postage

☐ Legal/Official Postage
(Per K.A.R. 44-12-601)

☐ Certified
(Only if Funds are Available)

To: __Mikey Markham__
Name

████ ███ █████
Address

████ ██, ██
City, State, Zip

_____
Reason

---

Bradley Gillespie _____
Inmate Signature          Date

/s/ _____ 4.17.26
Unit Team Approval          Date

_____
Handicraft Approval (If Applicable)          Date

_____
Religious Approval (If Applicable)          Date

---

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval          Date

---

This withdrawal request is being returned for the following reason(s):

____ Insufficient Funds
____ Signature Missing
____ Exceeds Spending Limit
____ Incentive Level
____ Envelope/Order/Stamp Missing
____ Unauthorized Per IMPP/KAR _____

____ Payee Missing
____ Insufficient Address
____ Amount Missing
____ Name/Number – Do Not Match
____ Illegible Information
____ Other _____

---

_____          _____          _____
Account Processor          Date Withdrawn          Acct. Use

1504a

Bradley Gillespie #2000086107
EDCF
Po Box 311
El Dorado, Ks 67042

Mikey Markham

███ ██ ██ ███ █ █

████████, ██ █████