**FILED**
U.S. District Court
District of Kansas

07/27/2027

**Clerk, U.S. District Court**
By: SND Deputy Clerk

United States District Court

For the District of Kansas

BRADLEY GILLESPIE

    Plaintiff,


V.                           Case # 25-CV-3265-JWL


DARCIE HOLTHAUS, et al.

    Defendants.


## Motion For Temporary Transfer


Comes Now, Bradley Gillespie, the Plaintiff requesting this Honorable Court to issue an order for the KDOC to temporarily transfer the Plaintiff back to El Dorado Correctional Facility.


The Plaintiff has a high likelihood of getting success on his merits if he is able to properly gather evidence to controvert the Defendants' Martinez Report. The transfer to HCF was a calculated attack on the Plaintiff's ability to controvert their one sided/incomplete report.


The transfer to HCF will cause the Plaintiff irreparable harm in the absence of preliminary relief or appointment of counsel because now the plaintiff resides in a facility seperate from all the Defendants and witnesses that could aid the Plaintiff in disputing the misleading or downright errors of fact presented in the Martinez Report.

1 of 2

The Plaintiff finds that his current housing situation has tipped the scales unfavorable towards the Defendants and this temporary transfer back to EDCF would tip the equities back to a more even playing field potentially.

The plaintiff believes that granting this motion would be in the best interest of the public to uphold constitutional protections. Without it the integrity of the Plaintiffs access to the court is in jeopardy for allowing the Defendants to further retaliate against the Plaintiff for exercising his right to file grievances with the court.

WHEREFORE, the Plaintiff, requests this Honorable Court to grant him relief in the form of a 90 day temporary transfer back to EDCF to be able to gather the evidence he can from available Defendants and witnesses to controvert the Defendants' Martinez Report.

Respectfully submitted,

Bradley Gillespie

Bradley Gillespie #2000086107

HCF, PO Box 1568

Hutchinson, KS 67504

pro se

7-27-26

Date

2 of 2